# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIAM MAYFIELD**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #659228**

**V.**　　　　　　　　**NO. 4:23-cv-00046-JM-ERE**

**SHERIDAN DETENTION CENTER,** *et al.*　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiff William Mayfield, an Arkansas Division of Correction inmate formerly incarcerated at the Sheridan Detention Center ("Detention Center"), filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 1*.

On February 21, 2023, Mr. Mayfield filed a third amendment complaint (*Doc. 23*), which the Court will treat as the operative complaint in this lawsuit. See Order, *Doc. 11* (explaining to Mr. Mayfield that an amended complaint, if filed, would supersede or replace any earlier filed complaints).[1] In his third amended complaint,

---

[1] In his original complaint and amended complaints, Mr. Mayfield alleged that, on December 31, 2022, he suffered from his first seizure while incarcerated at the Detention Center. After Mr. Mayfield arrived back at the Detention Center after receiving medical attention, unidentified staff refused to provide him the prescribed seizure medication. As a result, Mr. Mayfield suffered another seizure. On January 12, 2023, he suffered a third seizure. Mr. Mayfield explains that, after he was taken to the hospital, a nurse told him that he had suffered the seizure because unidentified jail staff gave him the incorrect dosage of his prescription seizure medication. Rather than administering Keppra twice daily, jail staff only provided Mr. Mayfield Keppra once daily. In his original complaint, Mr. Mayfield named the Sheridan Detention Center, Jail Administrator Danny Clark, and the unidentified Sheriff of Grant County, Arkansas, as Defendants.
    On January 27, 2023, Mr. Mayfield filed a motion to amend his complaint. *Doc. 9*. In his motion, Mr. Mayfield: (1) sought to include claims that were not related to the medical deliberate indifference claims raised in both his original and amended complaint; (2) requested that the Grant

Mr. Mayfield clarifies his constitutional claims against Defendants Danny Clark, Ray Vance, and Dexter Payne. *Doc. 23*. Mr. Mayfield complains that these Defendants have failed to provide him: (1) adequate medical treatment after he has suffered numerous seizures; and (2) adequate seizure medication.

For screening purposes, Mr. Mayfield has stated medical deliberate indifference claims against Defendants Clark, Vance, and Payne. Service is now proper for those claims.[2]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is instructed to prepare summonses for Defendants Danny Clark, Ray Vance, and Dexter Payne.

2. The United States Marshal is directed to serve each Defendant with a summons and a copy of the complaint and the amended complaints (with any

---

County Sheriff's Department provide him copies of all medical requests and grievances that he has filed; (3) requested that MEMS and the Saline County Memorial Hospital provide him copies of his medical records; (4) raised complaints against the jail, the sheriff, the judge, and the parole officer regarding his initial arrest and his arrest for a parole violation (*Doc. 9-1 at 6*) and (5) again included facts relating to the seizures that he has suffered during his incarceration at the Detention Center.

On February 3, 2021, the Court denied Mr. Mayfield's motion, but provided him an opportunity to file a second amended complaint clarifying his constitutional claims. *Doc. 11*.

On February 7, Mr. Mayfield filed a second amended complaint requesting to add Dexter Payne and the Saline County Sheriff Office as party Defendants. *Doc. 20*.

[2] Mr. Mayfield lists ten additional "motions" on the final pages of his complaint. *Doc. 23 at 9-10*. Many of those motions are discovery requests. The Court has already cautioned Mr. Mayfield that such motions are not to be filed with the Court. *Doc. 17*. In addition, to the extent that Mr. Mayfield seeks preliminary injunctive relief, such request cannot be included with the complaint; it must be raised in a separate motion with an accompanying brief. See Local Rule 7.2(e).

attachments) (*Docs. 1, 5, 20, 23*), without requiring prepayment of fees and costs or security. Service for Defendants Clark and Vance should be attempted through the should be attempted through the Sheridan Detention Center, 304 Gatzke Drive, Sheridan, Arkansas 72150. Service for Defendant Payne should be attempted through the ADC Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

3. In his third amended complaint, Mr. Mayfield abandons his claims against the Sheridan Detention Center and the Saline County Sheriff's Office. Accordingly, the Clerk is instructed to terminate those entities as party Defendants.

Dated this 22nd day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE