IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM MAYFIELD**  **PLAINTIFF**
**ADC #659228**

V.                        NO. 4:23-cv-00046-JM-ERE

**SHERIDAN DETENTION CENTER,** *et al.*                        **DEFENDANTS**

**ORDER**

  The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Defendant Vance's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. In his objection, Defendant Vance provided evidence through public records that he retired as Sheriff of Grant County on December 31, 2022. *Greenman v. Jessen,* 787 F.3d 882, 887 (8th Cir. 2015) (court can consider materials that are part of the public record on a motion to dismiss). Although Defendant Vance may not have been the Sheriff after December 31, 2022, Plaintiff's allegation that Defendant Vance was present at the Detention Center during the relevant time period must be taken as true at this stage of the litigation.

  Defendant Vance's motion to dismiss (*Doc. 51*) is DENIED in part and GRANTED in part.

  IT IS SO ORDERED, this 17th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE