IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM MAYFIELD**  **PLAINTIFF**
**ADC #659228**

V.                   NO. 4:23-cv-00046-JM-ERE

**SHERIDAN DETENTION CENTER**, *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, the timely objections, as well as a de novo review of the record.

The Court agrees with Judge Ervin's analysis and recommendation that Mr. Mayfield be allowed to proceed with his claims against the County Defendants. The Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The County Defendants' motion for summary judgment (Doc. 59) is DENIED. Mr. Mayfield may proceed on his medical deliberate indifference claims against Defendants Danny Clark and Ray Vance.

Separate Defendant Dexter Payne's motion for summary judgment (Doc. 63) is GRANTED. Mr. Mayfield's claims against Defendant Payne are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies.

The Clerk is instructed to terminate Dexter Payne as a party Defendant.

IT IS SO ORDERED, this 14th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE