# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIAM MAYFIELD**                                                                 **PLAINTIFF**
**ADC #659228**

V.                            NO. 4:23-cv-00046-JM-ERE

**SHERIDAN DETENTION CENTER,** *et al.*                                **DEFENDANTS**

## ORDER

On January 5, 2024, Separate Defendant Ray Vance filed a motion requesting a Court order compelling *pro se* Plaintiff William Mayfield to fully respond to written discovery requests and to complete an authorization to disclose health information (a medical release). *Doc. 120*.

The proposed medical release is unlimited in time and scope. Not only does the release go backward in time, without limitation, it permits disclosure of any medical records created up to three years in the future. See *Doc. 120-1* at p. 15.

Defendant Vance is directed to supplement his motion to compel to explain why the proposed medical release authorization is consistent with Fed. R. Civ. P. 26(b)(1)'s requirements of relevance and proportionality. See *Sentis Group, Inc. v. Shell Oil Co.*, 763 F.3d 919, 926 (8th Cir. 2014) (parties may fully investigate the relevant facts to "gain an understanding of the key persons, relationships, and evidence in a case[.]"); *Vallejo v. Amgen*, Inc., 903 F.3d 733, 742 (8th Cir. 2018) (quoting *Carr v. State Farm Mut. Auto. Ins., Co.*, 312 F.R.D. 459, 468 (N.D. Tex.

2015) ("[A] court can—and must—limit proposed discovery that it determines is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit—and the court must do so even in the absence of a motion.").

Mr. Mayfield may also submit a response in opposition to the pending motion to compel.

IT IS THEREFORE ORDERED THAT:

1. Defendant Vance is directed to file a supplement to his motion to compel (*Doc. 120*) no later than January 16, 2024.

2. If Mr. Mayfield wants to file a response opposing the motion to compel, he must do so by January 18, 2024.

SO ORDERED 8 January 2024.

_____
UNITED STATES MAGISTRATE JUDGE