IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM MAYFIELD**                                                       **PLAINTIFF**
**ADC #659228**

V.                               NO. 4:23-cv-00046-JM

**SHERIDAN DETENTION CENTER,** *et al.*                     **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Mayfield's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motions for summary judgment (*Docs. 237, 245*) are GRANTED. Mr. Mayfield's motion for an order directing the Defendants to produce the "kiosk records" from the Sheridan Detention Center (*Doc. 266*) is DENIED. Mr. Mayfield's claims against Defendants Clark and Vance are DISMISSED, with prejudice.

The Clerk is instructed to close this case.

IT IS SO ORDERED this 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE